

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Alesia K. Johnson, Appellant

No. 06-11-00053-CV     v.

Scott Mahand, J. J. (Jackie) Johnson,
Individually and as Independent Executor
of the Estate of J. C. Johnson, Deceased and
Jimmie Johnson, Appellees

Appeal from the 196th District Court of
Hunt County, Texas (Tr. Ct. No. 72416).
Opinion delivered by Chief Justice Morriss,
Justice Carter and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Alesia K. Johnson, pay all costs of this appeal.

RENDERED FEBRUARY 25, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk